Same case below, 81 App. Div. 3d 1469, 917 N.Y.S.2d 803.

**No. 11-5489. Frantzy Jean-Marie, Petitioner v. Kenneth S. Tucker, Secretary, Florida Department of Corrections.**

565 U.S. 910, 132 S. Ct. 319, 181 L. Ed. 2d 197, 2011 U.S. LEXIS 5934.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 11-5490. Michael Linden, Petitioner v. District Council 1707-AFSCME, et al.**

565 U.S. 910, 132 S. Ct. 319, 181 L. Ed. 2d 197, 2011 U.S. LEXIS 5786.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 415 Fed. Appx. 337.

**No. 11-5491. Jesus Manzo-Aparicio, Petitioner v. United States.**

565 U.S. 910, 132 S. Ct. 319, 181 L. Ed. 2d 197, 2011 U.S. LEXIS 5928.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 420 Fed. Appx. 225.

**No. 11-5492. Siegfried G. Christman, et ux., Petitioners v. Thomas J.**

**Walsh, Jr., Judge, Circuit Court of Florida, St. Lucie County, et al.**

565 U.S. 910, 132 S. Ct. 319, 181 L. Ed. 2d 197, 2011 U.S. LEXIS 5911.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 416 Fed. Appx. 841.

**No. 11-5493. Roger Larry McCluer, Petitioner v. Texas.**

565 U.S. 910, 132 S. Ct. 319, 181 L. Ed. 2d 197, 2011 U.S. LEXIS 6093,

October 3, 2011. Petition for writ of certiorari to the Court of Appeals of Texas, Fourteenth District, denied.

**No. 11-5494. Ronald Craig Potter, Petitioner v. United States.**

565 U.S. 910, 132 S. Ct. 319, 181 L. Ed. 2d 197, 2011 U.S. LEXIS 6117.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 630 F.3d 1260.

**No. 11-5495. Roberto Ramirez-Perez, Petitioner v. United States.**

565 U.S. 910, 132 S. Ct. 320, 181 L. Ed. 2d 197, 2011 U.S. LEXIS 6498.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 643 F.3d 173.